**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Mrs. Diana L. Lorretz, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING REPORT** |
| | ) | **AND RECOMMENDATION** |
| vs. | ) | |
| | ) | Case No. 1:12-cv-155 |
| U.S. Government, et al., | ) | |
| | ) | |
| Defendants. | ) | |

_____

Before the Court is Magistrate Judge Charles S. Miller Jr.'s Report and Recommendation filed on November 20, 2012. See Docket No. 2. Judge Miller recommends that the complaint filed by the plaintiff, Diana Lorretz, be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2). See Docket No. 2, p. 4. Lorretz filed an objection to the Report and Recommendation on November 28, 2012. See Docket No. 3.

The Court has carefully reviewed Judge Miller's Report and Recommendation, the relevant case law, and the entire record, and finds the Report and Recommendation to be persuasive. Accordingly, the Court **ADOPTS** the Report and Recommendation (Docket No. 2) in its entirety and **DISMISSES** the complaint (Docket No. 1-1) without prejudice.

**IT IS SO ORDERED.**

Dated this 4th day of December, 2012.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, District Judge
United States District Court